## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                            **Crim. No. 2:20-CR-48-1M**

**DAVID ALLEN BESSEY**

On August 7, 2020, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/Timothy L. Gupton  
> Timothy L. Gupton  
> Senior U.S. Probation Officer  
> 310 New Bern Avenue, Room 610  
> Raleigh, NC 27601-1441  
> Phone: 919-861-8686  
> Executed On: June 21, 2023

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **21st** day of **June**, 2023.

Richard E. Myers II  
Chief United States District Judge